Ballinger *v.* Wilson.

---

William F. Ballinger et al., complainants and respondents,

*v.*

John O. Wilson, appellant.

[Filed March 11th, 1903.]

On appeal from a decree advised by Vice-Chancellor Grey, whose opinion is reported in *53 Atl. Rep. 488.*

*Mr. William Early* and *Mr. Lewis Starr,* for the appellant.

*Mr. William T. Boyle* and *Mr. Henry S. Scovel,* for the respondents.

Per Curiam.

In the making of the decree appealed from there was no error which was prejudicial to the appellant. Upon the proofs submitted the respondents were entitled to recover from the appellant, *at the very least,* the $50 ordered to be paid by him to the respondents.

The decree should be affirmed.

*For affirmance*—The Chief-Justice, Van Syckel, Dixon, Garrison, Fort, Garretson, Hendrickson, Pitney, Swayze, Bogert, Vredenburgh, Voorhees, Vroom, Green—14.

*For reversal*—None.